No. 10–8296.  EKANDEM *v.* MARYLAND DEPARTMENT OF LABOR, LICENSING AND REGULATION ET AL.  Ct. Sp. App. Md. Certiorari denied.

No. 10–8302.  WILLIAMS *v.* PERKINS, DEPUTY WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 10–8303.  RICHARD *v.* DEXTER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 10–8306.  ROBINSON *v.* DIGGS, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 10–8314.  CAMPBELL *v.* WORKMAN, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 10–8316.  LUTZ *v.* VARANO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–8324.  PEREZ-RAMOS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 10–8326.  NICKSON *v.* PLILER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 10–8327.  BRAZZEL *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 10–8329.  SMITH *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 10–8336.  WELLS *v.* FISHER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–8339.  NIXON *v.* TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 10–8344.  LYNCH *v.* ALAMEDA COUNTY, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–8349.  TIMMONS *v.* ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.